UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARVIN GHOLIBEIGIAN,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCO RUBIO, et al.,<br><br>    Defendants. | Case No. 25-cv-07885-NC<br><br>**ORDER GRANTING AMENDED IFP APPLICATION; SCREENING COMPLAINT UNDER 28 U.S.C. § 1915**<br><br>Re: ECF 1, 9 |

Self-represented Plaintiff Parvin Gholibeigian brings a complaint for writ of mandamus seeking to compel Defendants to complete adjudication on her husband's immigration visa application. ECF 1. Plaintiff also filed an application to proceed *in forma pauperis* (IFP). ECF 3. Because the initial IFP application was incomplete, the Court ordered Plaintiff to file an amended application or pay the case filing fee. ECF 6. Plaintiff filed a complete, amended IFP application. ECF 9. The Court grants Plaintiff's IFP application and screens her complaint, finding it meets the requirements of 28 U.S.C. § 1915.

**I.  Free Help is Offered to Self-Represented Litigants**

As a free service to self-represented civil litigants, the Federal Pro Se Program at the San Jose Courthouse provides free information and limited-scope legal advice. The Federal Pro Se Program is available by phone appointment at (408) 297-1480. There are

also online resources available on the Court's webpage. The Pro Se Handbook, found at: http://www.cand.uscourts.gov/pro-se-litigants/, has a downloadable version of the Court's publication: *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*.

## II. The IFP Application is Granted

Upon review of Plaintiff's amended IFP application at ECF 9, the Court is persuaded she cannot afford the case filing fee. Plaintiff's IFP application is granted.

## III. The Complaint Satisfies 28 U.S.C. § 1915

Title 28 U.S.C. § 1915(e)(2) requires the Court to screen complaints filed by persons proceeding IFP who are unable to pay court filing fees. In its review, the Court must identify any cognizable claims and dismiss any claims that are frivolous, malicious, fail to state a claim upon which relief may be granted, or seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2)(B); *Lopez v. Smith*, 203 F.3d 1122, 1126–27 (9th Cir. 2000) (en banc). Pleadings from self-represented, or *pro se*, litigants must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990).

Because the complaint states at least one cognizable claim on its face, and is not otherwise frivolous, malicious, or seeking monetary relief from immune defendants, the complaint satisfies the requirements of 28 U.S.C. § 1915.

## IV. Conclusion

Because the Court grants Plaintiff's IFP application at ECF 9 and finds the complaint at ECF 1 satisfies 28 U.S.C. § 1915, the Clerk of Court shall issue the summons, and the U.S. Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of the complaint and this Order upon Defendants. Defendants are not precluded from challenging Plaintiff's claims or raising defenses.

**IT IS SO ORDERED.**

Dated: October 2, 2025

_____
NATHANAEL M. COUSINS
United States Magistrate Judge